# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1185.  RANDY J. HARMON, JR. v. THE STATE.**

In 2010, Randy J. Harmon, Jr., pleaded guilty to theft by receiving stolen property. He later filed two motions to vacate a void sentence, as well as two amendments to those motions. The trial court denied the motions in two orders entered on April 18, 2018. On May 24, 2018, Harmon filed a notice of appeal to this Court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Harmon's notice of appeal, filed 36 days after entry of the orders he wishes to appeal, was untimely. Consequently – and pretermitting whether a direct appeal otherwise would lie from those orders – we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/30/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.